# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY JOHNSON, | No. SACV 07-1124-PSG (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES E. TILTON, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 28, 2010

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE